IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 00-10069-01-WEB |
| ) | |
| JAMES E. MEYER, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**Memorandum and Order**

The court has received a motion by the defendant James Meyer for early termination of his supervised release. The law permits a district court to terminate a term of supervised release previously ordered in certain circumstances "if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice." *See* 18 U.S.C. §§ 3564(c), 3583(e).

After reviewing the defendant's circumstances and consulting with the Probation Office, and after considering the factors in § 3553(a), the court concludes that early termination of supervision is not warranted at this point. The defendant's compliance with the terms of his supervision is commendable, but such compliance is expected of all individuals placed on supervision. The court notes the defendant was placed on a four-year term of supervision and has now served only a little over a year of that period.

The court understands that the U.S. District Court for the District of Colorado is willing to accept jurisdiction over the defendant's supervised release. Upon an appropriate request for transfer of jurisdiction from the District of Colorado, this court will transfer jurisdiction of the defendant's supervision

to that district. The U.S. District Court for the District of Colorado will then make any future determinations concerning the defendant's supervised release.

Defendant James Meyer's Motion for Early Termination of Supervised Release (Doc. 90) is hereby DENIED. IT IS SO ORDERED this   12th   Day of May, 2006, at Wichita, Ks.

s/Wesley E. Brown
Wesley E. Brown
U.S. Senior District Judge